UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER LEBLANC

v.   CA 09-001 ML

A.T. WALL

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Almond on February 25, 2009. I have reviewed the Report and Recommendation and adopt it in its entirety. The Motion to Dismiss (Document No. 5) filed by the State of Rhode Island is GRANTED and the Petition (Document No. 1) is hereby DISMISSED. Petitioner's Motion for "Obstruction of Justice by Defendant" (Document No. 2) and Motion for bail pending review (Document No. 7) and Motion to appoint counsel (Document No. 8) are all DENIED as moot.

SO ORDERED:

_Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
March  16 , 2009